## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLINE PAULA MORE,

                                        JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                        17-cv-814-jdp

v.

SAINT MARY'S HOSPITAL,
SSM HEALTH, DR. FRANK BYRNE,
DR. JOSHUA REAGLE,
DR. TAL HERBSMAN,
ANN, a staff social worker at SSM,
DEAN MEDICAL GROUP, JOY LANE, GYN
VULVAR CLINIC, FITCHBURG POLICE
DEPARTMENT, CHIEF THOMAS BLATTER,
DANE COUNTY SHERIFF'S DEPT., DANE
COUNTY JAIL, DAVID MAHONEY, JAIL
MEDICAL PERSONNEL through CORRECT
CARE SOLUTIONS, NURSE NICOLE, VP and
ASSISTANT GENERAL COUNSEL LORI
SCHWARTZMILLER, JOURNEY MENTAL
HEALTH, BOARD CHAIR MARY WRIGHT,
DANE COUNTY, JOE PARISI, STATE OF
WISCONSIN JUSTICE DEPT., BRAD
SCHIMEL, J.B. VAN HOLLEN, STATE OF
WISCONSIN, and SCOTT WALKER,

      Defendants.

---

     This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has
been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this
case.

     /s/                                                    8/31/2018

    Peter Oppeneer, Clerk of Court                          Date